IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD JOHNSON,        Plaintiff,         v.         SHERIFF D.T. MARSHALL, *et al*.,         Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.  2:11cv1001-TMH<br>)                   (WO)<br>)<br>)<br>) |

**OPINION and ORDER**

     This litigation is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed with prejudice.  After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is       ORDERED and ADJUDGED that the recommendation of the magistrate judge (doc. # 48) is adopted.

     An appropriate judgment will be entered.

     Done this the 14th day of July, 2014.

                                                 /s/   Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE