IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES EDWARD JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:11cv1001-TMH |
| | )                         (WO) |
| SHERIFF D.T. MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1)   The plaintiff is dismissed as a party to this cause of action.

(2)   This action is dismissed with prejudice under FED.R.CIV.P. 25(a)(1).

(3)   No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Done this the 14th day of July, 2014.

                                           /s/  Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE